IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ASHLAN LEE CHIDESTER,<br><br>Plaintiff,<br><br>vs.<br><br>JIVE COMMUNICATIONS,<br><br>Defendant. | ORDER ADOPTING REPORT<br>AND RECOMMENDATION<br><br><br><br>Case No. 2:18-CV-676<br><br>Judge Dee Benson |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Paul M. Warner recommending that this action be DISMISSED.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the court ADOPTS the Report and

1

Recommendation. Accordingly, the court hereby dismisses this action in its entirety.

DATED this 17th day of December, 2018.

_____
Dee Benson
United States District Judge